**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on January 4, 2018**

*[signature]*

A. Jay Cristol
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 15−16616−AJC**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Andrea Carolina Benedetti
aka Andrea Benedetti, aka Andrea C Benedetti
1111 SW 1st Avenue
Apartment 1819
Miami, FL 33130

SSN: xxx−xx−7240

## FINAL DECREE

The trustee, Barry E Mukamal, having filed a final report that the estate has been fully administered, is discharged and the case is closed.